[No. 7780.]

### DOWNER V. THE PEOPLE EX REL. MAXWELL.

*Error to Prowers District Court.*  HON. HENRY HUNTER, Judge.

An actual controversy is necessary to appellate jurisdiction.  The sub-

ject matter of the controversy in a writ of error having ceased to exist, the writ was dismissed.

Mr. I. B. MELVILLE, Mr. C. C. GOODALE, and Mr. ALFRED TODD, for plaintiff in error.

Mr. GRANBY HILLYER, for defendants in error.